No. 147. HENRY MELVILLE WALKER, APPELLANT, *v.* MARY W. HARRIMAN, EXECUTRIX OF EDWARD H. HARRI-

MAN, DECEASED. Appeal from the Circuit Court of the United States for the Southern District of New York. Argued April 25, 1911. Decided May 15, 1911. *Per Curiam.* Dismissed for want of jurisdiction. *Southern Railway Co.* v. *Postal Telegraph Cable Company,* 179 U. S. 641. *Mr. B. C. Chetwood* for the appellant. *Mr. Maxwell Evarts* for the appellee.